IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADELE WAAS,

        Plaintiff,

v.

CARGILL MEAT SOLUTIONS
CORPORATION, et al.

        Defendants.

3:17-CV-838
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 23rd DAY OF JANUARY, 2018, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Remand (Doc. 4) is **GRANTED**.

2. The above-captioned action is **REMANDED** to the Court of Common Pleas of Luzerne County.

3. The Clerk of Court is directed to **CLOSE** the federal action.

Robert D. Mariani
United States District Judge